1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   EASTERN DISTRICT OF CALIFORNIA
10
11  BETHENE VALLES,                    No. 2:07-cv-02354-LKK-KJM
12          Plaintiff,
13       v.                            **RELATED CASE ORDER**
14  TU PHUOC NGUYEN, et al.,
15          Defendants.
                                    /
16
    MARIA SOTO, ET AL.,                No. 2:06-cv-01612-MCE-DAD
17
            Plaintiffs,
18
         v.
19
    GREYHOUND LINES, INC., et al.,
20
            Defendants.
21                                  /
22  DUNBAR AITKENS,                    No. 2:06-cv-02077-MCE-DAD
23          Plaintiff,
24       v.
25  GREYHOUND LINES, INC., et al.,
26          Defendants.
27                                  /
28

```
JANICE KUESTER, et al.,              No. 2:07-cv-00398-MCE-DAD

          Plaintiffs,

     v.

GREYHOUND LINES, INC., et al.,

          Defendants.
                                   /
YVONNE A. LA CLAIRE,                 No. 2:07-cv-00989-MCE-DAD

          Plaintiff,

     v.

GREYHOUND LINES, INC., et al.,

          Defendants.
                                   /
OLGA MEADOR HERRERA, et al.,         No. 2:07-cv-01229-MCE-DAD

          Plaintiffs,

     v.

GREYHOUND LINES, INC., et al.,

          Defendants.
                                   /
SADIA PUDO AWOK, et al.              No. 2:07-cv-01231-MCE-DAD

          Plaintiffs,

     v.

GREYHOUND LINES, INC., et al.,

          Defendants.
                                   /
SHERMAN KINARD, et al.,              No. 2:07-cv-01255-MCE-DAD

          Plaintiffs,

     v.

GREYHOUND LINES, INC., et al.,

          Defendants.
                                   /
```

| | |
|---|---|
| KENNETH ALLEN LEAK, | No. 2:07-cv-01943-MCE-DAD |
| Plaintiff, | |
| v. | |
| GREYHOUND LINES, INC., et al., | |
| Defendants. / | |
| FLORENCE MANEZ TEAGUE, | No. 2:07-cv-01630-MCE-DAD |
| Plaintiff, | |
| v. | |
| TU PHUOC NGUYEN, et al., | |
| Defendants. / | |
| LARRY D. MARTIN, JR., | No. 2:07-cv-01934-MCE-DAD |
| Plaintiff, | |
| v. | |
| GREYHOUND LINES, INC., et al., | |
| Defendants. / | |

Examination of the above-entitled civil actions reveals that these actions are related within the meaning of Local Rule 83-123(a) (E.D. Cal. 1997). The actions involve many of the same defendants and are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

///

1       The parties should be aware that relating the cases under
2  Local Rule 83-123 merely has the result that these action are
3  assigned to the same judge; no consolidation of the actions are
4  effected.  Under the regular practice of this Court, related cases
5  are generally assigned to the district judge and magistrate judge
6  to whom the first filed action was assigned.
7       IT IS THEREFORE ORDERED that the action denominated 2:07-cv-
8  02354-LKK-KJM, <u>Bethene Valles v. Tu Phuoc Nguyen, et al.</u>, is
9  reassigned to Judge Morrison C. England, Jr. and Magistrate Judge
10 Dale A. Drozd for all further proceedings, and any dates currently
11 set in this reassigned case only is hereby VACATED.  The parties
12 are referred to the attached Order Requiring Joint Status Report.
13 Henceforth, the caption on documents filed in the reassigned case
14 shall be shown as 2:07-cv-02354-MCE-DAD.
15      IT IS FURTHER ORDERED that the Clerk of the Court make
16 appropriate adjustment in the assignment of civil cases to
17 compensate for this reassignment.
18      IT IS SO ORDERED.
19 DATED: February 15, 2008

                                  _____
                                  MORRISON C. ENGLAND, JR
                                  UNITED STATES DISTRICT JUDGE